JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROLANDA GRANADOS,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC.; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO.:  8:19-cv-01019-JLS-SK<br><br>*[Originally Orange County Superior Court Case No. 30-2019-01055756-CU-OE-CJC]*<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed:   March 5, 2019<br><br>Pre-Trial Date:     January 8, 2021 |

ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

## **ORDER**

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 22, 2020

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Judge